UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHARIKA M. FLOWERS,

      Petitioner,

v.

                                CASE NO. 6:08-cv-1051-Orl-19KRS
                                      (6:06-cr-125-Orl-19KRS)

UNITED STATES OF AMERICA,

      Respondent.

_____

## ORDER

      This case involves a motion to vacate, set aside, or correct an illegal sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 3) filed by Petitioner Sharika M. Flowers.  A hearing is scheduled for May 20, 2009, on Petitioner's remaining claim.  Petitioner filed a notice of withdrawal of her section 2255 motion, wherein she requests that the Court to dismiss the instant action without prejudice.  Upon consideration of the notice of withdrawal, it is hereby **ORDERED:**

      1.      The motion to vacate, set aside, or correct an illegal sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 3, filed July 14, 2008) filed by Sharika M. Flowers is **DISMISSED** without prejudice.  The Court notes, however, that the dismissal without prejudice does not excuse Petitioner from the one-year period of limitation for filing a § 2255 motion.  *See* 28 U.S.C. § 2255.

      2.      The Clerk of the Court is directed to terminate the  28 U.S.C. § 2255 motion pending in criminal case number 6:06-cr-125-Orl-19KRS (Doc. No. 1692) and to file a copy of the instant Order in the criminal case.

      3.  The hearing in this case scheduled for May 20, 2009 is cancelled.

      **DONE AND ORDERED** at Orlando, Florida, this _5th____ day of May, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 5/5
Sharika M. Flowers
Counsel of Record